**Fill in this information to identify the case:**

Debtor 1: Cindy J. Edwards

Debtor 2 (Spouse, if filing): _____

United States Bankruptcy Court for the: District of Nebraska (State)

Case number: 19-40140-TLS

## Official Form 410S2

## Notice of Postpetition Mortgage Fees, Expenses, and Charges 12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

File this form as a supplement to your proof of claim. See Bankruptcy Rule 3002.1.

Name of creditor: Nationstar Mortgage LLC d/b/a Mr. Cooper

Court claim no. (if known): 3

Last 4 digits of any number you use to identify the debtor's account: 9 5 4 8

Does this notice supplement a prior notice of postpetition fees, expenses, and charges?

☒ No
☐ Yes. Date of the last notice: ___/___/___

### Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) | $ |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ |
| 3. Attorney fees | | (3) | $ |
| 4. Filing fees and court costs | | (4) | $ |
| 5. Bankruptcy/Proof of claim fees | | (5) | $ |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ |
| 7. Property inspection fees | | (7) | $ |
| 8. Tax advances (non-escrow) | | (8) | $ |
| 9. Insurance advances (non-escrow) | | (9) | $ |
| 10. Property preservation expenses. Specify:_____ | | (10) | $ |
| 11. Other. Specify: Plan Review | 2/21/2019 | (11) | $ 150.00 |
| 12. Other. Specify:_____ | | (12) | $ |
| 13. Other. Specify:_____ | | (13) | $ |
| 14. Other. Specify:_____ | | (14) | $ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Debtor 1 __Cindy J. Edwards__
         First Name  Middle Name  Last Name

Case number (if known) __19-40140-TLS__

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

X _/s/ Eric H. Lindquist_    Date __05/15/2019__
Signature

Print:    Eric H. Lindquist
          First Name   Middle Name   Last Name

Title    Attorney for Creditor

Company   Eric H. Lindquist, P.C., L.L.O.

Address   8712 West Dodge Road, Suite 260
          Number         Street
          Omaha, NE 68114
          City           State    ZIP Code

Contact phone ( 402 ) 829 – 0400

Email elindquist@elindquistlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Notice of Postpetition Fees, Expenses, and Charges was served upon the debtor Cindy J. Edwards, 7025 Lancaster Avenue, Denton, NE 68339, by regular United States mail, postage prepaid, upon debtor's attorney of record April Lewis, upon the trustee, Kathleen Laughlin and upon Jerry Jensen, Acting Assistant U.S. Trustee, via electronic notification, this 15th day of May, 2019.

*s/Eric H. Lindquist*
Eric H. Lindquist

LKB